IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Erien L. Frazier, | ) | Civil Action No._____ |
|    Plaintiff | ) | |
| Vs. | ) | **DEMAND FOR JURY TRIAL** |
| Virtuoso Sourcing Group, | ) | |
|    Defendant | ) | |

## COMPLAINT

Plaintiff, Erien Frazier, individually, hereby sues Defendant, Virtuoso Sourcing Group for violations of the Telephone Consumer Protection Act (TCPA) 47 U.S.C. § 227 *et al* and the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. § 1692d.

## PRELIMINARY STATEMENT

1. This is an action for damages brought by Plaintiff against the Defendant for violations of the Telephone Consumer Protection Act (TCPA) 47 U.S.C. § 227(b)(1), 47 U.S.C. § 227(A)(iii) and the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. § 1692d.

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendant. Plaintiff intends to propound discovery to Defendant identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Defendant, Virtuoso Sourcing Group, have violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged but non-existent debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises under 47 U.S.C. § 227(b)(3) and 15 U.S.C. § 1692k(d), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

5. Venue is proper pursuant to 28 U.S.C. § 1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendant transacts business here, and the conduct complained of occurred here.

6. All conditions precedent to the bringing of this action have been performed.

## PARTIES

7. Plaintiff, Erien Frazier, is a natural person and is a resident of the State of Maryland.

8. Upon information and belief Defendant, Virtuoso Sourcing Group, is a foreign corporation debt collector registered to do business in the State of Maryland.

## FACTUAL ALLEGATIONS

9. On or about November 26, 2014, Virtuoso Sourcing Group, violated the Telephone Consumer Protection Act (TCPA) by calling the Plaintiff's cell phone (410) 262-8690 three times using an automatic telephone dialing system with no prior express written permission given by Plaintiff (See Exhibit A & B).

10. Plaintiff received three other calls from (888) 793-4513 prior to November 26, 2014, which were not answered.

11. The calls made to Plaintiff's wireless phone were not for an emergency purpose and were made without consent given at any time, express or otherwise, by the Plaintiff.

12. Defendant, Virtuoso Sourcing Group, is a debt collector attempting to collect on an alleged but non-existent debt.

13. Plaintiff and Defendant do not have an established business relationship as defined by 47 U.S.C. § 227(a)(2)(A).

## COUNT 1

## VIRTUOSO SOURCING GROUP VIOLATIONS OF THE TELEPHONE

## COMMUNICATIONS ACT 47 U.S.C. § 227

14. Plaintiff fully alleges and incorporates the information in paragraphs 1 through 13.

15. Defendant, Virtuoso Sourcing Group, has demonstrated willful or knowing non-compliance with 47 U.S.C. § 227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular service.

16. Defendant, Virtuoso Sourcing Group, has committed 6 separate violations of 47 U.S.C. § 227 (b)(1)(A) and Plaintiff is entitled to damages of up to $1500 per violation pursuant to 47 U.S.C. § 227 (b)(3)(B).

17. Defendant's repeated calls to Plaintiff's cell phone were inconvenient and annoying.

18. Plaintiff, many times, had to stop what she was doing and silence her phone.

19. Plaintiff has never given Virtuoso Sourcing Group permission to call Plaintiff's cell phone.

**WHEREFORE,** Plaintiff demands judgment for damages against Virtuoso Sourcing Group for actual or statutory damages, and punitive damages pursuant to 47 U.S.C. § 227 (G)(3)(B).

## COUNT II

## VIOLATIONS OF THE MARYLAND TELEPHONE

## CONSUMER PROTECTION ACT (MTCPA)

## §14-3201(2), §14-3202

20. Plaintiff fully alleges and incorporates the information in paragraphs 1 through 13.

21. Defendant, Virtuoso Sourcing Group, has demonstrated willful or knowing non-compliance with Maryland Code § 14-3201(2), Maryland Code § 14-3202(a) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular service.

22. Defendant, Virtuoso Sourcing Group, has committed 6 separate violations of Maryland Code § 14-3201(2), Maryland Code § 14-3202(a) by calling the Plaintiff's cell phone without prior permission.

23. Plaintiff was highly annoyed and inconvenienced by the repeated calls.

24. Plaintiff is entitled to damages of $500 per violation and treble damages pursuant to Maryland Code § 14-3202(b).

**WHEREFORE,** Plaintiff demands judgment for damages against Virtuoso Sourcing Group for actual or statutory damages, and punitive damages pursuant to Maryland Code § 14-3202b.

## COUNT III

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 U.S.C. § 1692

### BY VIRTUOSO SOURCING GROUP

25. Plaintiff fully alleges and incorporates the information in paragraphs 1 through 13.

26. Plaintiff is a consumer within the meaning of FDCPA 15 U.S.C. § 1692a (3).

27. Defendant is a debt collector within the meaning of FDCPA 15 U.S.C. § 1692a (6).

28. Defendant, Virtuoso Sourcing Group, violated 15 U.S.C. § 1692d (5) by causing Plaintiff's phone to ring repeatedly.

29. Plaintiff felt harassed by Defendant's phone calls and felt annoyed by having her activities interrupted by Defendant's calls.

30. Plaintiff never gave permission for Defendant to call her cell phone.

31. Defendant is a debt collector attempting to collect on an alleged but non-existent debt.

**WHEREFORE,** Plaintiff demands judgment for damages against Virtuoso Sourcing Group for actual or statutory damages, and attorney's fees costs, pursuant to 15 U.S.C. 1692k.

## COUNT IV

### VIOLATIONS OF MARYLAND COMMERCIAL LAW CODE

**14-202 CONSUMER DEBT COLLECTION BY VIRTUOSO SOURCING GROUP**

32. Plaintiff fully alleges and incorporates the information in paragraphs 1 through 13.

33. Plaintiff is a person within the meaning of Maryland Commercial Code § 14-201(d).

34. Defendant is a collector within the meaning of Maryland Commercial Code § 14-201(b).

35. Defendant, Virtuoso Sourcing Group, claims the right to enforce the collection of an alleged debt when that right does not exist in violation of Maryland Commercial Code § 14-202(8).

36. Defendant, Virtuoso Sourcing Group, repeatedly called and sent mailed notices claiming Plaintiff owed Defendant a debt.

37. Plaintiff has suffered emotional distress and mental anguish caused by these repeated violations.

**WHEREFORE,** Plaintiff demands judgment for damages against Virtuoso Sourcing Group for actual or statutory damages, and punitive damages, attorney's fees and cost, pursuant to Maryland Commercial Code § 14-203.

Respectfully submitted this April 3, 2015

Erien Frazier

P.O. Box 25

Hagerstown, MD 21740

(410) 262-8690

erienfrazier@gmail.com

## VERIFICATION

I, Erien Frazier, have read the foregoing complaint and examined any attachments referenced therein. The facts stated in the complaint are true. The attachment is a true and fair copy.

*[signature: Erien Frazier]*  _____

The above named Affiant appeared before me, a Notary, subscribed, sworn under oath this 3Rd day of April, 2015.

*[signature]*

Notary

Steve Swayne
NOTARY PUBLIC
Washington County, State of Maryland
My Commission Expires April 11, 2016